FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 04, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.   2:16-CR-0034-WFN-1 |
| Plaintiff, | |
| -vs- | ORDER DENYING MOTION FOR REDUCED SENTENCE |
| RICHARD TRAVER STORRO, | |
| Defendant. | |

Pending before the Court is Defendant's Sentence Reduction Request. ECF No. 276. Defendant has exhausted his claim with the Bureau of Prisons [BOP].

Mr. Storro must demonstrate that "(i) extraordinary and compelling reasons warrant such a reduction; or (ii) the defendant is at least 70 years of age, has served at least 30 years in prison, pursuant to a sentence imposed under section 3559(c) . . . and a determination has been made by the Director of the Bureau of Prisons that the defendant is not a danger to the safety of any other person or the community, as provided under section 3142(g)." 18 U.S.C. § 3582(c)(1)(A). As Defendant is not over 70 years old, he must demonstrate that extraordinary and compelling reasons warrant a sentence reduction.

Defendant has not demonstrated extraordinary or compelling reasons warranting a sentence reduction. Mr. Storro suffers no ailments putting him at elevated risk of COVID-19 complications. He is suffering from mental health consequences of the long-term restrictions and lockdowns in place at BOP facilities intended to curb the spread of COVID-19. Though certainly difficult, mental health deterioration due to COVID-19 is not extraordinary. Mr. Storro's underlying conviction was serious; he conspired to distribute a large amount of methamphetamine and was sentenced to 180 months incarceration. He has extensive criminal history that suggests some concerns regarding safety of the public.

ORDER - 1

Mr. Storro has not demonstrated extraordinary or compelling reasons supporting his release. The Court has reviewed the file and Motion and is fully informed. Accordingly,

**IT IS ORDERED** that Defendant's Sentence Reduction Request, filed October 19, 2020, **ECF No. 276**, is **DENIED**.

The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 4th day of November, 2020.

11-02-20

_____
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2